**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Tiffany Goetz-Dowdy, Dennie R. Dowdy, Jr., Gerri Dowdy, Stacy Starnes, and Darrell Starnes, Defendants,

Of whom Tiffany Goetz-Dowdy is the Appellant.

In the interest of a minor under the age of eighteen.

Appellate Case No. 2019-001353

———————————

Appeal From York County
David G. Guyton, Family Court Judge

———————————

Unpublished Opinion No. 2020-UP-172
Submitted May 15, 2020 – Filed June 4, 2020

———————————

**AFFIRMED**

———————————

Kimberly Yancey Brooks, of Kimberly Y. Brooks, Attorney at Law, of Greenville, for Appellant.

R. Chadwick Smith, of the South Carolina Department of Social Services, of Rock Hill, for Respondent.

Donae Alecia Minor, of Minor Law Offices, LLC, of
Fort Mill, for the Guardian ad Litem.

––––––––––––

**PER CURIAM:**  Tiffany Goetz-Dowdy appeals the family court's final order
terminating her parental rights to her minor child.  *See* S.C. Code Ann.
§ 63-7-2570 (Supp. 2019).  Upon a thorough review of the record and the family
court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291
S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing.
Accordingly, we affirm the family court's ruling and relieve Goetz-Dowdy's
counsel.

**AFFIRMED.**[1]

**HUFF, THOMAS, and MCDONALD, JJ., concur.**

––––––––––––

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.